757

 

 ·Submitted September 12, 1966. *Homer Hackney,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jacobs, Appellant.

 Submitted September 12, 1966. *Floyd V. Jacobs,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Submitted September 12, 1966. *Aubrey Johnson,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Submitted September 12, 1966. *George Johnson,* appellant, in propria persona; *Clarence C. New-*